JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HENDERSON, <br><br> Petitioner, <br><br> v. <br><br> FCC – VICTORVILLE, WARDEN, <br><br> Respondent. | Case No. 5:25-cv-00670-ODW-MBK <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: _November 19, 2025

_____
HON. OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE